AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Berman, Richard M. | U.S. District court - S.D.N.Y. | 04/26/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
40 Centre Street (Room 201)
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 04/26/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Wellesley College |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 04/26/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Property, Suffolk County, NY | | None | N | W | | | | | |
| 2. Property, Suffolk County, NY | A | Rent | K | W | | | | | |
| 3. Aztex Limited Partnership (real estate) | E | Distribution | J | W | | | | | |
| 4. Vanguard 500 Index Trust | B | Dividend | M | T | | | | | |
| 5. Vanguard Total Int'l Index | A | Dividend | L | T | | | | | |
| 6. Vanguard Total Stock Index | B | Dividend | L | T | | | | | |
| 7. NYS Dorm Authority Mental Health | B | Interest | | | Redeemed | 08/15/11 | K | A | |
| 8. Icon Energy Fund | A | Dividend | J | T | | | | | |
| 9. Berkshire Hathway B | | None | K | T | | | | | |
| 10. Amer. Funds Fundamental F | A | Dividend | K | T | | | | | |
| 11. NYS Twy Auth. (Highway & Bridge) | B | Interest | | | Redeemed | 04/11/11 | L | A | |
| 12. NYS Dorm Auth. (Revs) | D | Interest | M | T | | | | | |
| 13. Triborough B&T Auth. | C | Interest | | | Sold | 11/1/11 | L | A | |
| 14. Spartan 500 Index Fid Adv | B | Dividend | L | T | | | | | |
| 15. New Perspective Fund | A | Dividend | K | T | | | | | |
| 16. Puerto Rico Pub Bldgs. Auth Rev | C | Interest | L | T | | | | | |
| 17. New York NY Ser C U/T | B | Interest | | | Sold | 11/23/11 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 04/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New York NY RFDG Ser G U/T | C | Interest | L | T | | | | | |
| 19. Fidelity GNMA Fund | B | Dividend | L | T | | | | | |
| 20. FIA Card Services NA RASP Account | A | Interest | L | T | Redeemed (part) | 01/26/11 | J | D | |
| 21. Google Inc Class A | | None | K | T | Buy (add'l) | 1/26/11 | J | | |
| 22. | | | | | Buy (add'l) | 08/10/11 | J | | |
| 23. CD Goldman Sachs | C | Interest | L | T | | | | | |
| 24. Fairholme Fund (X) | B | Dividend | K | T | | | | | |
| 25. Ishares FTSE Xinhua HK | A | Interest | J | T | | | | | |
| 26. Ishares Russell 2000 Index FD | A | Dividend | K | T | | | | | |
| 27. UTS SPDR Trust Ser I | A | Dividend | K | T | | | | | |
| 28. JP Morgan Emerging Markets Equity Fund Cl A | | None | L | T | | | | | |
| 29. Berkshire Hathway Inc. Notes | A | Interest | K | T | | | | | |
| 30. NY State Dorm Auth North Shore L.I. | D | Interest | M | T | | | | | |
| 31. NY State Dorm Auth Lease Rev St Univ Dorm | D | Interest | M | T | | | | | |
| 32. Puerto Rico Pub Bldgs Auth Rev | D | Interest | M | T | | | | | |
| 33. Omaha Neb Omaha Convention Center | B | Interest | K | T | | | | | |
| 34. NY State Dorm Auth Revs St. Univ | A | Interest | | | Sold | 11/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 04/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Puerto Rico Comwlth Pub Impt Ser A | B | Interest | L | T | | | | | |
| 36. New York NY Rfdg-Ser F | A | Interest | J | T | | | | | |
| 37. New York NY Ser F | A | Interest | K | T | | | | | |
| 38. New York NY Ser J U/T B/E | D | Interest | M | T | | | | | |
| 39. New York NY Ser J B/E U/T | A | Interest | J | T | | | | | |
| 40. Puerto Rico Elec Pwr Auth Prf | D | Interest | M | T | | | | | |
| 41. Puerto Rico Elec Pwr Auth | D | Interest | M | T | | | | | |
| 42. North Carolina Eastn MPA Pwr Sys | C | Interest | M | T | | | | | |
| 43. Puerto Rico Comwlth Hwy & Transn Auth Trans Rev | B | Interest | L | T | | | | | |
| 44. Wstchstr NY-TOB Asset Secrtztn CRP | D | Interest | M | T | | | | | |
| 45. Metropolitan Transn Auth NY ETM Dedicated Tax | D | Interest | M | T | | | | | |
| 46. TSASC Inc NY TOB Settlement Asset | C | Interest | L | T | | | | | |
| 47. NYS D/A AUth Revs Sndly Pref-Mental Hlth Fac | D | Interest | M | T | | | | | |
| 48. Metro Transn Au NY-Dedicated Tax FD-FSA | D | Interest | M | T | | | | | |
| 49. New York St Twy Au Second Genl Hwy & Brdg | B | Interest | L | T | | | | | |
| 50. Puerto Rico Pub Fin Corp-Comwlth Approp | B | Interest | K | T | | | | | |
| 51. New York St Dorm Auth Lease Rev St Univ Dorm FACS | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 04/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. New York State Housing Finance Agcy Tax Rev | A | Interest | K | T | | | | | |
| 53. New York St Urban Dev Corp Rev Personal Income Tax | B | Interest | K | T | | | | | |
| 54. New York St Dorm Auth Ct FACS Lse Rev (NYC Issue) | A | Interest | J | T | | | | | |
| 55. Metropolitan Transn Auth NY Rev-B-CIFG | B | Interest | K | T | | | | | |
| 56. Metropolitan Transn Auth NY Dedicated Tax FD-A Revs FGIC | C | Interest | L | T | | | | | |
| 57. City of New York Gen Obli Rfdg Bonds Ser B | B | Interest | M | T | | | | | |
| 58. TIAA-CREF | | None | L | T | | | | | |
| 59. T-C Infl Lnkd Bond-Rtmt | A | Distribution | K | T | | | | | |
| 60. T-C Lifecycle 2020-Rtmt | | None | K | T | | | | | |
| 61. T-C Lifecycle Rtmt-Inc-Rtmt | A | Distribution | K | T | | | | | |
| 62. Property, Indian River County, FL (X) | | None | L | W | | | | | |
| 63. Lucia Mar Uni Sch Dist Calif Election 2004-Ser A FGIC | B | Interest | K | T | | | | | |
| 64. Oregon St Dept Transhn Hwy User Tax Rev Ser A | B | Interest | K | T | | | | | |
| 65. Georgia St-B-B/E UT DD | C | Interest | L | T | | | | | |
| 66. Oregon St Dept Transhn Hwy User Tax Rev Ser A | B | Interest | K | T | | | | | |
| 67. Scottsdale Ariz Mun Ppty Corp Excise Tax Rev Pref B/E | B | Interest | L | T | | | | | |
| 68. Utah Tra Auth Sales Tax Rev Ser B FSA | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 04/26/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New Jersey St Var Purp Pref B/E | B | Interest | K | T | Sold (part) | 06/08/11 | K | A | |
| 70. Apple Inc | | None | K | T | Buy (add'l) | 03/07/11 | K | | |
| 71. China Mobile Ltd Spn ADR | A | Dividend | J | T | | | | | |
| 72. China Unicom Hong Kong | A | Dividend | J | T | | | | | |
| 73. Ishares MSCI Turkey Inde | | None | | | Sold | 03/04/11 | J | A | |
| 74. Ishares MSCI Brazil | A | Dividend | J | T | | | | | |
| 75. SDPR Gold Trust | | None | K | T | | | | | |
| 76. Ishares TR Dow Jones US | A | Dividend | J | T | Buy | 03/04/11 | J | | |
| 77. SPDR S P Metal Mining | A | Dividend | J | T | Buy | 03/04/11 | J | | |
| 78. Union Pacific Corp | A | Dividend | J | T | Buy | 03/04/11 | J | | |
| 79. Rydex ETF TR Index Fund | A | Dividend | J | T | Buy | 03/07/11 | J | | |
| 80. Vanguard Small Cap | A | Dividend | J | T | Buy | 03/07/11 | J | | |
| 81. Deere Co. | A | Dividend | J | T | Buy | 08/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 04/26/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanatory Notes Regarding 2010 Report

1) Part VII, page 4, line 2 - The 2010 report inadvertently reported that this property earned income in 2010 when, in fact, it did not.

2) Part VII, page 4, line 8 - The 2010 report inadvertently reported that this asset was sold in part on 04/06/10 when, in fact, it was sold.

3) Part VII, page 4, line 18 - The 2010 report inadvertently reported that this asset was sold in part on 02/09/10, when, in fact, it was sold.

4) Part VII, page 9, line 96 - The 2010 report inadvertently reported that this property earned income in 2010 when, in fact, it did not.

5) Part VII, page 10, line 109 - The 2010 report inadvertently reported that this asset was sold in part on 5/10/10 when, in fact, it was sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard M. Berman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544